UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC CAZAUBON | CIVIL ACTION |
| VERSUS | NO: 14-2241 |
| MR PRECIOUS METALS, LLC, ET AL. | SECTION: R (1) |

## ORDER AND REASONS

Plaintiff Eric Cazaubon, together with defendants MR Precious Metals, Inc.; Yancie Moseley, III; and Walter Reed, move to extend the Court's partial stay of this matter until February 1, 2016, and to extend the Court's protective order preventing discovery requests directed to Reed until May 2, 2016.[1]

On August 17, 2015, the Court entered a partial stay as to defendant Walter Reed because there were ongoing federal criminal proceedings against him.[2]  At the time, a federal grand jury had returned an indictment against Reed, and another court in this district scheduled trial to begin on January 11, 2016.  The grand jury has now returned a superseding indictment against Reed, and the court has continued his trial until April 18, 2016.[3]

---

[1]   R. Doc. 50.

[2]   *See* R. Doc. 29.

[3]   R. Doc. 50 at 1.

In light of the new charges against Reed, the court's rescheduling of his criminal trial, and for the reasons stated in this Court's August 17, 2015 order entering a partial stay, the Court will administratively close this matter until Reed's ongoing criminal proceedings are resolved. The parties shall maintain the right to reopen this matter at the appropriate time. The Court denies without prejudice all pending motions, and the parties shall have the right to re-urge those motions when the Court reopens the case.

Accordingly, IT IS ORDERED that this matter is administratively stayed, with the right of any party to reopen at the appropriate time.

IT IS FURTHER ORDERED that all pending motions are denied without prejudice, with the right of any party to re-urge those motions at the appropriate time.

New Orleans, Louisiana, this __5th__ day of November, 2015.

_____*Sarah Vance*_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE